UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-137-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **FREEMAN LEE ROGERS, JR.,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's two pro se Motions to Appoint Counsel, (Doc. No. 385, 390) and on Plaintiff's pro se Motion for Extension of Time to file a response to the Government's response to his First Step Act motion.

First, Defendant's motions to appoint counsel are denied, as he has no constitutional right to counsel in assisting him with filing a post-conviction motion to vacate or reduce sentence. See Pennsylvania v. Finley, 481 U.S. 551, 554 (1987); Hunt v. Nuth, 57 F.3d 1327, 1340 (4th Cir. 1995).

Next, the Court will grant Defendant twenty (20) days to file a response to the Government's brief in response to Defendant's First Step Act motion.

**IT IS SO ORDERED**.

Signed: January 24, 2022

Max O. Cogburn Jr
United States District Judge